1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   DOYLE WAYNE DAVIS,                    )        1:05-CV-01124-REC-SMS-P
                                          )
9                                         )        ORDER TO SUBMIT NEW APPLICATION
             Plaintiff,                   )        TO PROCEED IN FORMA PAUPERIS AND
10                                        )        CERTIFIED COPY OF TRUST ACCOUNT
             vs.                          )        STATEMENT **OR** PAY FILING FEE
11                                        )
    WARDEN GAIL LEWIS, et al.,            )
12                                        )
                                          )
13           Defendants.                  )
                                          )
14   ─────────────────────────────────────

15        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

16   U.S.C. § 1983.  On October 19, 2005, the court ordered plaintiff to pay the $250.00 filing fee for this

17   action, or in the alternative, to submit an application to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  On November 15, 2005, plaintiff submitted an application to proceed in forma pauperis;

19   however, the application did not include the required original signature by an authorized officer of the

20   institution of incarceration.  Additionally, plaintiff has not filed a certified copy of his prison trust

21   account statement for the six month period immediately preceding the filing of the complaint.  See 28

22   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a new application to proceed

23   in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

26   pauperis.

27        2.  Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

28   completed application to proceed in forma pauperis and a certified copy of his prison trust account

1    statement for the six month period immediately preceding the filing of the complaint, or in the

2    alternative, to pay the $250.00 filing fee for this action.  Failure to comply with this order will result in

3    a recommendation that this action be dismissed.

4

5    IT IS SO ORDERED.

6    **Dated:    November 21, 2005**                          **/s/ Sandra M. Snyder**
     i0d3h8                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28