1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   DOYLE WAYNE DAVIS,                    1:05-cv-01124-AWI-SMS-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATIONS, AND**
13   vs.                            **DISMISSING CERTAIN CLAIMS AND**
                                    **DEFENDANTS FROM ACTION**
14   GAIL LEWIS, et al.,
                                    (Doc. 1 and 16)
15              Defendants.
     _____/

16

17

18        Plaintiff Doyle Wayne Davis ("plaintiff"), a state prisoner

19   proceeding pro se and in forma pauperis, has filed this civil

20   rights action seeking relief under 42 U.S.C. § 1983.  The matter

21   was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On June 9, 2006, the Magistrate Judge filed a Findings and

24   Recommendations herein which was served on plaintiff and which

25   contained notice to plaintiff that any objection to the Findings

26   and Recommendations was to be filed within thirty days.

27   Plaintiff did not file an objection.

28   //

                                    1

1    In accordance with the provisions of 28 U.S.C. §

2  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3  <u>novo</u> review of this case.  Having carefully reviewed the entire

4  file, the Court finds the Findings and Recommendations to be

5  supported by the record and by proper analysis.

6       Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed June 9, 2006,

8         is ADOPTED IN FULL;

9    2.   This action shall proceed (1) against defendant

10        Melendez on plaintiff's Eighth Amendment claim stemming

11        from the incident in which plaintiff was forced to

12        carry his personal property, causing injury, and (2)

13        against defendants Kushner, Ortiz, Hernon, Havens,

14        Fogleman, Shelby, Torres, and Ornellas on plaintiff's

15        Eighth Amendment claims stemming from the failure to

16        ensure that he was provided with the medically

17        necessary items;

18   3.   Plaintiff's claims against defendants Flores, Spearman,

19        and Fogleman stemming from the incident in which

20        plaintiff was forced to carry his personal property,

21        causing injury are dismissed for failure to state any

22        claims upon which relief may be granted under section

23        1983;

24   4.   Plaintiff's claims against defendants Shelby, Petrick,

25        and Havens stemming from the incident in which he

26        burned his finger on a coffee pot and was denied

27        medical treatment are dismissed for failure to state

28        any claims upon which relief may be granted under

2

1        section 1983;

2    5.   Plaintiff's retaliation claim is dismissed for failure

3         to state any claims upon which relief may be granted

4         under section 1983;

5    6.   Plaintiff's conspiracy claim is dismissed for failure

6         to state any claims upon which relief may be granted

7         under section 1983;

8    7.   Plaintiff's state law negligence claim is dismissed for

9         failure to state any claims upon which relief may be

10        granted;

11   8.   Plaintiff's claims against defendant Lewis, Bendon,

12        Sacs, and Day are dismissed for failure to state any

13        claims upon which relief may be granted under section

14        1983; and

15   9.   Defendants Lewis, Bendon, Sacs, Flores, Day, Petrick,

16        and Spearman are dismissed from this action based on

17        plaintiff's failure to state any claims upon which

18        relief may be granted against them.

19

20   IT IS SO ORDERED.

21   **Dated:    September 12, 2006**              **/s/ Anthony W. Ishii**
     0m8i78                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                    3