# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS,<br><br>          Plaintiff,<br><br>    v.<br><br>GAIL LEWIS, et al.,<br><br>          Defendants. | CASE NO. 1:05-CV-01124-AWI-SMS-P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND ORDERING PLAINTIFF TO COMPLY WITH COURT'S ORDER WITHIN THIRTY DAYS<br><br>(Docs. 17 and 18)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS UNNECESSARY<br><br>(Doc. 20) |

Plaintiff Doyle Wayne Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2006, the court issued an order requiring plaintiff to complete the USM-285 forms and summonses enclosed with the order and return them within thirty days. On August 2, 2006, after more than thirty days passed and plaintiff failed to comply with or otherwise respond to the order, the court issued a Findings and Recommendations recommending dismissal of this action for failure to obey a court order. On September 6, 2006, plaintiff filed an objection to the Findings and Recommendations and on September 12, 2006, plaintiff filed a motion seeking an extension of time to file an objection.

Based on plaintiff's assertion that he was placed in isolation without his legal property before he could comply with the court's order, the court will vacate the Findings and Recommendations. (Doc. 19.) It is unnecessary for plaintiff to file any further objection and his motion for an extension of time shall be denied for that reason.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on August 2, 2006, is VACATED;
2. Plaintiff shall comply with the court's order of June 9, 2006, within **thirty (30) days** from the date of service of this order; and
3. Plaintiff's motion for an extension of time, filed September 12, 2006, is DENIED as unnecessary.

IT IS SO ORDERED.

**Dated:** **September 20, 2006**              /s/ Sandra M. Snyder
icido3                                          UNITED STATES MAGISTRATE JUDGE