# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS, | CASE NO. 1:05-CV-01124-AWI-SMS-P |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE OF COMPLAINT AS UNNECESSARY AND DISREGARDING OBJECTION |
| v. | |
| GAIL LEWIS, et al., | (Doc. 25) |
| Defendants. | |

Plaintiff Doyle Wayne Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2006, the Clerk's Office received and filed plaintiff's motion seeking service of his complaint and objection to the Findings and Recommendations filed on August 2, 2006. Plaintiff's motion and objection was not recorded on the docket until September 25, 2006. In the interim, on September 20, 2006, the court issued an order vacating the Findings and Recommendations based on plaintiff's objection of September 6, 2006.

In light of the court's action on September 20, 2006, plaintiff's motion is unnecessary and is HEREBY DENIED, and plaintiff's objection is HEREBY DISREGARDED.[1]

IT IS SO ORDERED.

**Dated:   October 10, 2006**            /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate order issued concurrently with this order, the court directed the U.S. Marshal to initiate service of process.

1