1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  DOYLE WAYNE DAVIS,                    CASE NO. 1:05-cv-01124-AWI-SMS P

10                          Plaintiff,   ORDER DIRECTING UNITED STATES
                                         MARSHAL TO INITIATE SERVICE ON
11         v.                            DEFENDANT FOGLEMAN WITHOUT
                                         PREPAYMENT OF COSTS
12  GAIL LEWIS, et al.,
                                         ORDER DIRECTING CLERK'S OFFICE TO
13                          Defendants.  PROVIDE MARSHAL WITH EXHIBIT
                                         BEARING DEFENDANT FOGLEMAN'S
14                                       NAME
    _____/
15

16         Plaintiff Doyle Wayne Davis ("plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 10, 2006, the court

18  issued an order directing the United States Marshal to initiate service on nine defendants.  Eight of

19  the nine defendants subsequently waived service and filed an answer.  On November 27, 2006,

20  service was returned un-executed as to defendant M. Fogleman.  The Marshal was informed that no

21  individual by that name could be located.  However, plaintiff misspelled the defendant's name as

22  "Fogelman" in the USM-285 form and summons.  This misspelling may have led to the inability to

23  locate this defendant.  The Marshal shall be directed to initiate service on defendant Fogleman a

24  second time and shall be provided with an exhibit from the court record containing defendant's

25  name.

26         Accordingly, IT IS HEREBY ORDERED that:

27         1. The Clerk of the Court is directed to forward the following documents to the United States

28  Marshal:

1

(1) One completed and issued summons for <u>each</u> defendant to be served;

(2) One completed USM-285 form for <u>each</u> defendant to be served;

(3) One copy of the complaint filed on August 18, 2005, for <u>each</u> defendant to be served, plus an extra copy for the Marshal;  and

(4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal.

(5) One copy of the court's consent form for <u>each</u> defendant to be served.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**CPT. M. FOGLEMAN**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Costs of service will be

1   taxed against the personally served defendant in accordance with the provisions of Fed. R.

2   Civ. P. 4(d)(2).

3        6.  In the event that defendants make an appearance in this action by filing an answer,

4   dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those

5   defendants.

6        7. In the events that defendants either waive service or are personally served, defendants are

7   required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

8        8.  The Clerk's Office shall provide the Marshal with a copy of the exhibit, as provided by

9   the undersigned.

10

11   IT IS SO ORDERED.

12   **Dated:   December 20, 2006**                    **/s/ Sandra M. Snyder**
     i0d3h8                                                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28