UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS,<br><br>      Plaintiff,<br><br>   v.<br><br>GAIL LEWIS, et al.,<br><br>      Defendants.<br>_____ | 1:05-cv-01124-LJO-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF THE UNENUMERATED RULE 12(b) MOTION DEADLINE TO MAY 1, 2007<br><br>(Doc. 47) |

On February 28, 2007, defendants filed a motion seeking an extension of the unenumerated Rule 12(b) motion deadline to May 1, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion is GRANTED and unenumerated Rule 12(b) motion deadline is extended to May 1, 2007.

IT IS SO ORDERED.

**Dated:    April 4, 2007**                          **/s/ Sandra M. Snyder**
i0d3h8                                                            UNITED STATES MAGISTRATE JUDGE