# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DOYLE WAYNE DAVIS,                      CASE NO. 1:05-cv-01124-LJO-SMS PC

               Plaintiff,          ORDER GRANTING PLAINTIFF'S MOTION
FOR A SIXTY-DAY EXTENSION OF TIME
   v.                                TO FILE A RESPONSE TO DEFENDANTS'
MOTION TO DISMISS
GAIL LEWIS, et al.,
(Doc. 52)
              Defendants.
_____/

      Plaintiff Doyle Wayne Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants filed a motion to dismiss on April 27, 2007, and on June 1, 2007, plaintiff filed a motion seeking a sixty-day extension of time to file a response.

      Good cause having been shown, plaintiff's motion is HEREBY GRANTED, and plaintiff shall file a response to defendants' motion to dismiss within **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    June 6, 2007**                      _____/s/ Sandra M. Snyder_____
                                 UNITED STATES MAGISTRATE JUDGE

1