1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS, | CASE NO. 1:05-cv-01124-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| GAIL LEWIS, et al., | (Doc. 56) |
| Defendants. | |
| _____/ | |

Plaintiff Doyle Wayne Davis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants filed a motion to dismiss on April 27, 2007.  On July 16, 2007, plaintiff filed his second motion seeking an extension of time to file a response.

Good cause having been shown, plaintiff's motion is HEREBY GRANTED and plaintiff shall file a response to defendants' motion to dismiss within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    July 27, 2007**          _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE