# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAIL LEWIS, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:05-cv-01124-LJO-SMS PC<br><br>ORDER DISREGARDING UNTIMELY OPPOSITION<br><br>(Doc. 61) |

On October 11, 2007, the Court issued an order granting defendants' motion to dismiss and dismissing this action. Plaintiff's opposition to the motion, which was due on or before September 4, 2007, was subsequently received on October 11, 2007, and docketed on October 12, 2007. (Docs. 57, 61.) Plaintiff's opposition was not timely filed and was not received by the undersigned for consideration until after dismissal of this action.[1] The untimely opposition is therefore DISREGARDED.

IT IS SO ORDERED.

Dated:　　October 12, 2007　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] The opposition was dated October 9, 2007, filed on October 11, 2007, and docketed on October 12, 2007. Even applying the mail box rule, the opposition was more than one month overdue at the time it was mailed. See Caldwell v. Amend, 30 F.3d 1199, 1202 (9th Cir. 1994); Houston v. Lack, 487 U.S. 266, 270 (1988).

1